UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LUCITELMA RODRIGUEZ, MARIA ELVIA GUERRERO, and ELVIA GUERRERO,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | No. 5:21-cv-00619-FB |

## JOINT STATUS REPORT REGARDING PENDING SETTLEMENT

The parties respectfully submit this Joint Status Report Regarding Pending Settlement in accordance with the Court's Order Granting Joint Motion for Stay Pending Settlement and Order of Administrative Closure. Docket no. 20. In that Order, the Court instructed the parties to file either a Stipulation of Dismissal or a Status Report regarding the status of settlement by January 30, 2023. Docket no. 20 at 1. Since entry of that Order, the parties' Settlement Agreement has received final approval and a request for issuance of payment is pending. The parties anticipate that payment will be issued by the United States within a matter of weeks. The parties therefore request that they be ordered to file either a Stipulation of Dismissal or a further status report within 30 days.

Dated: January 30, 2023

Respectfully submitted,

Jaime Esparza
United States Attorney

By:   */s/ Robert Green*
ROBERT D. GREEN
Texas Bar No. 24087626
Assistant United States Attorney

U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Tel. (210) 384-7362
Fax. (210) 384-7358
robert.green3@usdoj.gov

***Attorney for Defendant***


 /s/ *Marco Salinas* (by permission)
MARCO A. SALINAS
Knickerbocker, Heredia, Salinas & Salinas, P.C.
468 Main Street
Eagle Pass, Texas 78852
Tel. (830) 773-9228
borderlawyer@knicklaw.com

***Attorney for Plaintiffs***

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LUCITELMA RODRIGUEZ, MARIA ELVIA GUERRERO, and ELVIA GUERRERO,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | No. 5:21-cv-00619-FB |

## ORDER

On this day, the Court considered the parties' Joint Status Report Regarding Pending Settlement.

It is ORDERED that the above-referenced case shall remain ADMINISTRATIVELY CLOSED and that, within 30 days from the date of this Order, the parties shall file either a Stipulation of Dismissal or a Status Report regarding the status of settlement.

**SIGNED** this ____ day of _____, 2023.

_____
HON. FRED BIERY
UNITED STATES DISTRICT JUDGE